THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
ALEXANDER MEAKIM et al., Respondents.

(Submitted November 27, 1894; decided December 11, 1894.)

APPEAL from judgment of the General Term of the
Supreme Court in the first judicial department, entered
upon an order made October 12, 1894, which affirmed a
judgment in favor of defendants entered upon an order of
the Court of Oyer and Terminer in and for the city and
county of New York allowing defendants' demurrer to the
indictment herein.

*John D. Lindsay* for appellant.

*A. J. Dittenhoefer, Charles Donohue* and *David Gerber*
for respondents.

Agree to affirm on opinion of INGRAHAM, J., below.
All concur.
Judgment affirmed.